```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

SOUTHTRUST BANK,                }
                                }
        Plaintiff,              }
                                }   CIVIL ACTION NO.
v.                              }
                                }   CV-01-AR-1068-S
PROFESSIONAL TRANSPORTATION     }
GROUP LTD., INC., et al.,       }
                                }
        Defendants.             }

FILED 01 JUL 30 PM 2:50 U.S. DISTRICT COURT N.D. OF ALABAMA

ENTERED JUL 30 2001

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

On the motion of plaintiff, SouthTrust Bank, for default judgment and accompanying affidavit filed on July 27, 2001, the court makes the following findings of fact:

1. On July 3, 2001, plaintiff properly obtained entry of default against defendants, Professional Transportation Group Ltd, Inc., Timely North, Inc., Truck-Net, Inc., Timely Transportation, Inc., DTSI, Inc., PTG, Inc., Timely Services, Inc., and Tranzpartner.Com, Inc.

2. Either as original obligors, or as guarantors, or as both, said defendants jointly and severally are indebted to plaintiff in the sum of $2,852,090.85.

Based on these facts, the court concludes that judgment should be entered in favor of plaintiff and against said defendants jointly and severally in the sum of $2,852,090.85.

A separate judgment in said amount will be entered.



DONE this 30th day of July, 2001.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE