IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SOUTHTRUST BANK,                }
                                }
    Plaintiff,                  }
                                }       CIVIL ACTION NO.
v.                              }
                                }       CV-01-AR-1068
PROFESSIONAL TRANSPORTATION     }
GROUP LTD., INC., et al.,       }
                                }
    Defendants.                 }

FILED
01 AUG -2 PH 1:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
AUG - 2 2001

### FINDINGS OF FACT AND CONCLUSION OF LAW

    The court has before it the motion for default judgment filed on August 1, 2001, by plaintiff, SouthTrust Bank, as against defendants, U.S. Trucking, Inc., Logistics Management, LLC and Logistics Management Resources, Inc. The court adopts the findings of fact and conclusion of law entered on July 30, 2001, and upon which was based on the final judgment entered against defendants, Professional Transportation Group Ltd., Inc., Timely North, Inc., Truck-Net, Inc., Timely Transportation, Inc., DTSI, Inc., PTG, Inc., Timely Services, Inc., and Tranzpartner.Com, Inc. The proof offered by the affidavit of Robert E. Milam, Jr. supports final judgment against all defendants in like amount.

    DONE this  2nd  day of August, 2001.

                                                       WILLIAM M. ACKER, JR.
                                                       UNITED STATES DISTRICT JUDGE

